UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT TO SEARCH:

NO. 3:14MJ-77

Aaron Taylor and his residence at 4611 W. Market Street, Louisville, Kentucky 40211

ORDER

Upon motion of the United States of America, by counsel, Thomas W. Dyke Assistant United States Attorney for the Western District of Kentucky; and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that all affidavits, applications, orders, and material relating to the above matter and the contents thereof are to be unsealed.

7/16/2014
Date

JD Moyer
~~DAVE WHALIN~~ JD Moyer
United States Magistrate Judge

ENTERED
JUL 16 2014
VANESSA L. ARMSTRONG
DEPUTY CLERK